UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Vincent Jerome Boseman,<br><br>PLAINTIFF<br><br>v.<br><br>Anne Spears Walsh; John Meadors; Tav Swarat; Brian Petrano; J. Mark Hayes, III,<br><br>DEFENDANT | Case No. 3:22-cv-01482-TLW<br><br>**Order** |

Plaintiff Vincent Jerome Boseman, a self-represented state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 9, 2022, against the defendants: two state solicitors, an assistant attorney general, and a state circuit court judge. ECF No. 1. The matter now comes before the Court for review of the Report and Recommendation ("Report") filed by the magistrate judge to whom this case was assigned. ECF No. 7.

In the Report, the magistrate judge recommends that the Court summarily dismiss Plaintiff's action because the defendants are immune from Plaintiff's claims for damages and because the Court cannot vacate his conviction in a § 1983 action. *Id.* at 3. Plaintiff did not file objections to the Report. This matter is now ripe for decision.

The Court is charged with conducting a *de novo* review of any portion of the Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636.

In the absence of objections to the Report, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983). In such a case, "a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

The Court has carefully reviewed the Report. For the reasons stated by the magistrate judge, the Report, ECF No. 7, is **ACCEPTED**. Accordingly, for the reasons set forth in the Report, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

                                                   *s/ Terry L. Wooten*
                                                   Terry L. Wooten
                                                   Senior United States District Judge

November 7, 2022
Columbia, South Carolina